DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LISA DARNELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0424

_____

March 21, 2025

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.

PER CURIAM.

In this appeal filed pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lisa Darnell challenges her judgment and sentences for possession of a controlled substance and possession of paraphernalia. We affirm without prejudice to any right Darnell may have to file a motion pursuant to Florida Rule of Criminal Procedure 3.850.

Affirmed.

BLACK, LUCAS, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.